# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WER | W0873174 | D HUCKEL | 5049 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/21/2025   11:15 AM

Offense Charged: [X] CFR  [ ] USC  [ ] State Code
50 CFR 27.31 (d)

Place of Offense: NATL ELK RFG - WY 5 Way / McBride

Offense Description: Factual Basis for Charge    HAZMAT [ ]
Exceeding the 25 m.p.h. or the posted speed limit on a National Wildlife Refuge. Traveling 48 miles per hour (mph) in a posted 30 mph zone.

### DEFENDANT INFORMATION

Last Name: ELDRED
First Name: ANDREW
M.I.:

### VEHICLE    VIN:    CMV [ ]

| Tag No. | State | Year | Make/Model | PASS [ ] | Color |
|---|---|---|---|---|---|
| 22V 382 | WY | 2024 | HONDA | | BLACK |

**APPEARANCE IS REQUIRED**

A [ ] If Box A is checked, you must appear in court. See instructions (on reverse side)..

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** →

**APPEARANCE IS OPTIONAL**

B [X] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee
$ 120 **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date:

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Defendant Copy            *W0873174*

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 21, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Wyoming

While patrolling the National Elk Refuge (Refuge), I Federal Wildlife Officer Daniel Huckel, did observe and radar confirm WY 22V 382 traveling at 48 miles per hour (mph). The posted speed limit on the Refuge is 30 mph. I activated my emergency lights and initiated a stop. Upon contacting the driver, I stated my name and that I stopped them for speeding. The driver was identified as Andrew J. ELDRED.

I issued ELDRED a Violation Notice, W0873174, for violating 50 CFR 27.31(d) speeding on a National Wildlife Refuge.

I checked the calibration of the radar unit before beginning my shift.

The foregoing statement is based upon:

[X] my personal observation    [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/21/2025    *D Huckel*    File #: 4589
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident